PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4803
    Facsimile: (415) 744-0134
    E-Mail: Andrea.Banks@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIESA JONES,<br><br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | No.  1:21-cv-01414-JLT-BAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR A FIRST EXTENSION TO FILE DEFENDANT'S RESPONSIVE BRIEF AND OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between Yiesa Jones (Plaintiff) and Kilolo Kijakai, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 22 days to deliver her Responsive Brief and Opposition to Plaintiff's Motion for Summary Judgment. The current due date is Monday, August 15, 2022. The new due date will be Tuesday, September 6, 2022. The parties further stipulate that all other dates will be extended accordingly.

This is the first extension of time requested by Defendant in the above-captioned matter. Defendant's counsel respectful requests this extension because she has an ongoing wrist injury

that is causing difficulty and slowness with typing. Over the next three weeks, Defendant's counsel has seven other district court briefs and a Ninth Circuit brief due, as well as other tasks such as EAJA negotiation and motions, etc. that are a regular aspect of her role. Defendant's counsel requires additional time to fully review the evidence in this case and draft the brief. This request is made in good faith with no intention to unduly delay the proceedings.

                                               PHILLIP A. TALBERT
                                               United States Attorney

DATED: August 9, 2022        By:  /s/ *Andrea Banks*
                                                Special Assistant United States Attorney
                                               Attorneys for Defendant

                                               /s/ *Jonathan O. Pena*
                                               Attorney for Plaintiff
                                               (signature approved via email on August 9, 2022)

**ORDER**

      Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to file a responsive brief and opposition to Plaintiff's Motion for Summary Judgment is GRANTED.  Defendant shall file a responsive brief and opposition to Plaintiff's Motion for Summary Judgment on or before September 6, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

    Dated:  **August 10, 2022**                 /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE