**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YIESA SHIESA JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>   Defendant. | Case No.  1:21-cv-1414 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING THE ACTION FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF YIESA JONES AND AGAINST DEFENDANT FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 17, 21, 24) |

Yiesa Shiesa Jones initiated this action seeking judicial review of a final decision denying her application for benefits under the Social Security Act. (*See* Docs. 1, 17.) Plaintiff asserts the administrative law judge erred by failing to offer clear and convincing reasons for rejecting Plaintiff's subjective complaints. (Doc. 17 at 9, 11.) In addition, Plaintiff contends the decision is not supported by substantial evidence because the ALJ's conclusion contradicts testimony from the vocational expert. (*Id.* at 9.) The Commissioner argues substantial evidence supports the ALJ's decision, and requests the Court affirm the decision denying benefits. (*See* Doc. 21 at 4-9.)

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

The assigned magistrate judge determined that "the ALJ failed to utilize or articulate proper bases for evaluating Plaintiff's symptoms testimony beyond the lack of supporting medical evidence." (Doc. 24 at 14; *see also id.* at 4-14.)  As a result, the magistrate judge concluded that "the ALJ's decision is not supported by substantial evidence in the record as a whole and is not based on proper legal standards." (*Id.* at 15.)  Because remand was appropriate on this issue, the magistrate judge did not reach the remaining arguments raised by Plaintiff. (*Id.* at 14-15.)  The magistrate judge recommended the Court grant Plaintiff's appeal from the administrative decision, reverse the agency's determination to deny benefits, and enter judgment in favor of Plaintiff. (*Id.* at 15.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 24 at 15.)  The Court advised the parties that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Neither Plaintiff nor Defendant filed objections, and the time in which to do so has passed.

According to 28 U.S.C. § 636 (b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 24) are **ADOPTED** in full.
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security (Doc. 17) is **GRANTED**.
3. The Commissioner's request to affirm (Doc. 21) is **DENIED**.
4. The agency's determination to deny benefits is **REVERSED**.
5. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

///

///

///

6. The Clerk of Court is directed to enter judgment in favor of Plaintiff Yiesa Jones and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: __June 12, 2025__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

3