UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIESA SHIESA JONES, | ) Case No.: 1:21-cv-01414 JLT BAM |
| Plaintiff, | ) |
| | ) ORDER AWARDING ATTORNEY'S FEES |
| | ) AND EXPENSES PURSUANT TO THE EQUAL |
| v. | ) ACCESS TO JUSTICE ACT |
| | ) |
| FRANK BISIGNANO, | ) (Doc. 27) |
| Commissioner of Social Security[1], | ) |
| | ) |
| Defendant. | ) |
| | ) |

Yiesa Shiesa Jones and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,800.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 27 at 1-3.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $5,800.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **September 12, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.